AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

United States of America
v.
William Carl Hess (AKA: N/A)

*Defendant*

Case: 1:26-mj-00208
Assigned To : Upadhyaya, Moxila A.
Assign. Date : 11/12/2026
Description: COMPLAINT W/ARREST WARRANT

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* William Carl Hess, who is accused of an offense or violation based on the following document filed with the court:

- ☐ Indictment
- ☐ Superseding Indictment
- ☐ Information
- ☐ Superseding Information
- ☒ Complaint
- ☐ Probation Violation Petition
- ☐ Supervised Release Violation Petition
- ☐ Violation Notice
- ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § § 2252(a)(2),(b)(1) (Distribution of Child Pornography) .

Date: 11/12/2026

M.A. Upadhyaya
*Issuing officer's signature*

City and state: Washington, D.C.

Moxila A. Upadhyaya, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 11/23/26, and the person was arrested on *(date)* 11/23/26 at *(city and state)* College Park, MD.

Date: 11/23/26

*Arresting officer's signature*

SA Jason LaRosa
*Printed name and title*